People of the State of Illinois, Defendant in Error, v. John Eddy (Impleaded), Plaintiff in Error.

Gen. No. 51,785. (Abstract of Decision.)

First District, Second Division.

October 27, 1967.

Noel I. Smith and Gregory B. Beggs, of Chicago, for plaintiff in error; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Fred Morelle, Jr., and Lawrence Genesen, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE BRYANT. Not to be published in full.